# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL CHRISTOPHER BLOCKER, | |
| Petitioner, | |
| v. | CV 116-034 |
| FNU HALL, Warden, and SAM OLENS, Attorney General of the State of Georgia, | |
| Respondents. | |

# O R D E R

Presently before the Court is Petitioner's Motion for Reconsideration. Reconsideration is an extraordinary remedy to be employed sparingly, and the movant must set forth facts or law of a strongly convincing nature to induce the Court to reverse its prior decision. <u>Voter Verified, Inc. v. Election Sys. & Software, Inc.</u>, No. 6:09-cv-1969, 2011 WL 3862450, at *2 (M.D. Fla. Aug. 31, 2011). A motion for reconsideration should not be used to present arguments already heard and dismissed, or to offer new legal theories or evidence that a party could have presented before the original decision. <u>S.E.C. v. Mannion</u>, No. 1:10-cv-3374, 2013 WL 5999657, at *2 (N.D. Ga. Nov. 12, 2013).

Petitioner's motion offers no facts or law at all, much less any "of a strongly convincing nature." The best that this Court can discern, Petitioner wants this Court to simply change its mind for no reason at all. Thus, the Court **DENIES** Petitioner's Motion for Reconsideration.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
~~SOUTH~~ERN DISTRICT OF GEORGIA